UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
MEGAN KUAN, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                     Plaintiffs,          Index No.: 1:22-cv-01583-MKV

       -against-                     **Notice of Appearance**

NOTORIETY GROUP LLC, ANTHONY SHNAVDERMAN, NATHAN LEONG, and NIVE SHAKED,

                     Defendants.
------------------------------ X

To Plaintiffs:

**PLEASE TAKE NOTICE** that the Law Office of Victor M. Feraru hereby enters its Notice of Appearance on Behalf of Defendants **NOTORIETY GROUP LLC, ANTHONY SHNAVDERMAN, NATHAN LEONG, and NIVE SHAKED**. Please forward all future motion and paper of this action to the undersigned at the address listed below.

                                          Respectfully,

                                          Law Offices of Victor M. Feraru

                                          */s/ Victor M. Feraru*
                                          VICTOR M. FERARU, ESQ.
                                          1225 Franklin Avenue
                                          Suite 325
                                          Garden City, New York 11530
                                          T: 516-415-2114
                                          E: victor@vicslaw.com