UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Kuan

                    Plaintiff(s),

- against -

Notoriety Group LLC et al

                    Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2022

22 Civ. 01583 (MKV)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 02/25/2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Notoriety Group LLC by personally serving Sue Zouky, and proof of service was therefore filed on 03/14/2022, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

May 16, 2022

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 8/1/2018