UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN KUAN, et al.,

                    Plaintiffs,

          -against-

NOTORIETY GROUP LLC, et al.,

                    Defendants.

Case No. 1: 22-cv-01583 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 22, 2022, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 35.  On August 25, 2022, Defendants' counsel filed a letter motion requesting a pre-motion conference to discuss an anticipated motion to vacate the default judgment.  *See* ECF No. 39.  On October 24, 2022, after the case was reassigned to the undersigned, the Court denied Defendants' request in light of the fact that default had not yet been entered, and gave Defendants additional time to respond to the motion for default judgment.  *See* ECF No. 44.  Defendants have still not filed any opposition to Plaintiff's motion for default judgment.

IT IS HEREBY ORDERED that Plaintiff shall serve Defendants with (1) another copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this Order**.  Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

IT IS FURTHER ORDERED that Defendants shall file any opposition to the motion for default judgment by **January 17, 2023**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default

judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

IT IS FURTHER ORDERED that Defendants shall appear and show cause before this Court on **February 15, 2023,** at 11:00 a.m., in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, why an order should not be issued granting a default judgment against Defendants.  In the event that any Defendant opposes the motion for default judgment prior to that date, the parties shall notify the Court promptly and the Court may adjourn that conference or treat it as an initial pretrial conference with respect to any such appearing Defendant.

Dated:  January 6, 2023
      New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge