UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN KUAN, et al.,<br><br>                                  Plaintiffs,<br><br>           -against-<br><br>NOTORIETY GROUP, LLC, et al.,<br><br>                                  Defendants. | Case No. 1:22-cv-01583 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the default hearing, scheduled for February 15, 2023, is adjourned without date.  Upon review of Plaintiff's materials, including Plaintiff's default motion papers (ECF Nos. 35-37), and Plaintiff's Affirmation of Service of the motion papers and papers scheduling the default hearing, filed on January 12, 2023 (ECF No. 48), the Court concludes that there are issues involving whether Plaintiff is an employee for purposes of the Fair Labor Standards Act and New York Labor Law, and whether the individual defendants were effectively served, that require further analysis.  Accordingly, by separate Order to be entered today, the Court will refer Plaintiff's motion for default judgment to Magistrate Judge Parker to provide a report and recommendation evaluating the claims and conducting an inquest on damages, if necessary.

    IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendants no later than February 13, 2023.

Dated: February 8, 2023
        New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge