UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN KUAN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NOTORIETY GROUP, LLC, et al., <br><br> Defendants. | Case No. 1:22-cv-01583 (JLR) <br><br> **ORDER AMENDING ECF. NO. 62** |

JENNIFER L. ROCHON, United States District Judge:

For purposes of clarification, the Court hereby amends the Memorandum Opinion and Order, docketed at ECF No. 62, as follows:

For the reasons stated at ECF No. 62, the Clerk of Court is respectfully directed to enter default judgment against Defendants and in favor of Plaintiff in the total amount of $37,281.70, as set forth herein, plus prejudgment interest on the principal of $7,776.50 from September 2, 2019 to entry of judgment, and prejudgment interest on the principal of $7,390 from September 5, 2021 to entry of judgment, at a rate of nine percent per annum, and post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment.

Dated:  June 23, 2023
            New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge