UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MEGAN KUAN, et al.,

                Plaintiffs,

                22 **CIVIL** 1583 (JLR)

      -against-                **DEFAULT JUDGMENT**

NOTORIETY GROUP, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Opinion and Order dated June 9, 2023, and the Court's Order dated June 23, 2023, the R&R is adopted in its entirety and Plaintiff's motion for default judgment is GRANTED.  For purposes of clarification, the Court has amended the Memorandum Opinion and Order, docketed at ECF No. 62, as follows: default judgment is entered against Defendants and in favor of Plaintiff in the total amount of $37,281.70, as set forth herein, plus prejudgment interest on the principal of $7,776.50 from September 2, 2019 to entry of judgment, at a rate of nine percent per annum, in the amount of $2,665.32, and prejudgment interest on the principal of $7,390 from September 5, 2021 to entry of judgment, at a rate of nine percent per annum, in the amount of $1,195.36, and post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment; accordingly, the case is closed.

**DATED**: New York, New York
          June 23, 2023

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                            **BY:**  *K. Mango*
                                                    **Deputy Clerk**