**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MEGAN KUAN,

                       Plaintiff,                  **22-cv-01583-(JLR) (KHP)**

           -against-                            **ORDER**

NOTORIETY GROUP LLC,

                       Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     As discussed in the October 12, 2023, case management conference, parties shall meet and confer to discuss settlement of this action. Parties shall submit a joint letter to the Court no later than **October 26, 2023**, representing either that the case has been settled and attaching the settlement agreement, or that the matter can not be settled at this time.

**SO ORDERED.**

DATED:    New York, New York
              October 12, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge